2:15-CR-118
JRG2

CRIMINAL CASE COVER SHEET    U.S. ATTORNEY'S OFFICE

Defendant Name: __Shane Ray__

Place of Offense (City & County): __Greeneville/Greene County__

Juvenile: Yes ___ No _x_    Matter to be Sealed: Yes ___ No _x_

Interpreter: No _x_ Yes ___    Language: ___

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) _6_ Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Conspiracy to distribute and possess with the intent to distribute methamphetamine (21 USC section 846) | 1 |
| | Conspiracy to distribute and possess with the intent to distribute heroin (21 USC section 846) | 2 |
| | Distribution of methamphetamine (21 USC section 841(a)(1)) | 3, 4 |
| | Distribution of heroin (21 USC section 841(a)(1)) | 5, 6 |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No _x_ Yes ___ Case No. _____

Defendant on Supervised Release: Yes ___ No _x_

Violation Warrant Issued? No _x_ Yes ___ Case No. _____

**Related Case(s):** Tito Charles (2:15-cr-22), Richard Alan Davis (2:15-cr-90), and Sherise Hinkle (2:15-cr-66)(Dan Smith & FDS), Stephen Ball (2:15-cr-23)(Russ Pryor), (2:15-cr-89): Michael Fannon (McAfee) Josh Metros (FDS) Pierre Williams (not yet arrested) & (Marc Fannon, uncharged but represented by Curt Collins on same matter)

## Criminal Informations:

Pending criminal case: No _x_ Yes ___ Case No. _____

New Separate Case _____    Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____   Appointed: _____

Date: __10/9/15__   Signature of AUSA: __J. CHRISTIAN LAMPE__